# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | No. 11-6089 |
| v. | : | |
| | : | |
| GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P. | : | |
| Defendant | : | |

## ORDER

**AND NOW,** this 25th day of April, 2013, the following is **ORDERED:**

1. Defendant's Motion for Summary Judgment (Dkt. No. 34) is **DENIED**.

2. Plaintiff's Motion for Summary Judgment (Dkt. No. 33) is **DENIED** as explained more fully in the accompanying memorandum.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: