## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEHMAN BROTHERS | : | |
| HOLDINGS INC., | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | No. 11-6089 |
| v. | : | |
| | : | |
| GATEWAY FUNDING | : | |
| DIVERSIFIED MORTGAGE | : | |
| SERVICES, L.P. | : | |
| | : | |
| Defendant | : | |

### <u>ORDER</u>

**AND NOW,** this _22nd___ of October, 2015, the following is **ORDERED:**

1. Plaintiff's Motion for Award of Attorneys' Fees and to Fix Prejudgment Interest Award

   (ECF No. 94) is **GRANTED IN PART** and **DENIED IN PART**:

   - Plaintiff is awarded $109,505.60 in attorneys' fees

   - Prejudgment interest is fixed at $68,054.14

2. Plaintiff's Application for Attorneys' Fees and Expenses (ECF No. 114) is **GRANTED**

   **IN PART** and **DENIED IN PART**:

   - Plaintiff is awarded $121,017.00 in attorneys' fees

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: